# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CYNTHIA EDWARDS FRAZIER,  )
                                            )
    Plaintiff,                )
                                            )
v.                                        )
                                            )    No. 2:15-cv-02755-JPM-tmp
BEVERLY ADDISON, SAMUEL    )
CHANDLER, and CHESTER      )
CHANDLER,                          )
                                            )
    Defendants.              )

## ORDER ADOPTING THE REPORT AND RECOMMENDATION: ORDER DISMISSING COMPLAINT

Before the Court is the Report and Recommendation of Magistrate Judge TU M. PHAM (the "Report and Recommendation"), filed January 15, 2016 (ECF No. 8), recommending that the Court dismiss Plaintiff Cynthia Edwards Frazier's complaint for failure to state a claim and lack of subject-matter jurisdiction. No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. (See ECF No. 8 at 9.)

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Report and Recommendation, the Court hereby ADOPTS the Report

and Recommendation in its entirety.  Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation and DISMISSES Frazier's complaint in its entirety.

**IT IS SO ORDERED,** this 2nd day of February, 2016.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE